General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent. *G. Leslie Field* filed a brief for the American Civil Liberties Union, Metropolitan Detroit Branch, as *amicus curiae,* urging that the petition be granted.

No. 596, Misc. SALMOND *v.* ISBRANDTSEN Co., INC., ET AL. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. *Gilbert Rosenthal* for petitioner. *Vernon Sims Jones* and *James B. Magnor* for the Isbrandtsen Co., Inc., and *Frank A. Bull* for the Bethlehem Steel Co., respondents.

No. 610, Misc. JOHNSON, ALIAS MARCIAL, *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se.* *Edward S. Silver* and *William I. Siegel* for respondent.

No. 659, Misc. ILLINOIS EX REL. STEVENS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 666, Misc. RAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Soboloff, Acting Assistant Attorney General Leonard* and *Paul A. Sweeney* for the United States.

No. 703, Misc. McKINNEY *v.* CALIFORNIA. Superior Court of California for Los Angeles County, Appellate Department. Certiorari denied. Petitioner *pro se.* *Roger Arnebergh* and *Philip E. Grey* for respondent.